# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Wisconsin

CLERK'S OFFICE
A TRUE COPY
Apr 29, 2025
s/ JDH
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

| | |
|---|---|
| United States of America<br>v.<br><br>ALEXANDER HUNT<br>*Defendant(s)* | Case No. **25-M-409 (SCD)** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 21, 2025__ in the county of __Milwaukee__ in the __Eastern__ District of __Wisconsin__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C SECTION 751(a) | Escape |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

Benjamin Grams, Deputy U.S. Marshal
*Printed name and title*

Sworn via telephone; transmitted via email pursuant to Fed. R. Crim. 4.1

Date: 4-29-25

*Judge's signature*

City and state: Milwaukee, Wisconsin

Hon. Stephen C. Dries, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND AN ARREST WARRANT

I, Benjamin Grams, being first duly sworn on oath depose and say that upon personal knowledge and upon information and belief:

## INTRODUCTION AND AGENT BACKGROUND

1. I have been employed as a Deputy United States Marshal with the United States Marshal Service (USMS) for approximately 9 years. As part of my duties, I conduct investigations to locate federal and state fugitives. I have had both formal training and have participated in numerous investigations to locate, state and federal fugitives. I am an investigator, or law enforcement officer of the United States, within the meaning of 18 U.S.C. § 2510(7), in that I am empowered by law to conduct investigations of and to make arrests for federal felony offenses.

2. This affidavit is based on my personal knowledge, or reported to me by federal, state, and local law enforcement officers during the course of their official duties, all of whom I believe to be truthful and reliable.

## PROBABLE CAUSE

3. This affidavit is submitted in support of an application for the issuance of complaint charging Alexander HUNT (DOB: 07/08/1991) with escape from federal custody in violation of 18 U.S.C. § 751(a). On March 26, 2019, HUNT was charged in a three-count indictment in Eastern District of Wisconsin case number 2019-CR-53.

5. On May 9, 2019, HUNT pled guilty to Attempted Hobbs Act Robbery and Discharging a Firearm in Relation to a Crime of Violence in violation of Title 18, United States Code, Sections 1951(a), (b) and 924(c)(1)(A)((iii).

4. On or about September 25, 2019, HUNT was sentenced to 36 months for the

1

Attempted Hobbs Act Robbery and 120 months consecutive for the firearm offense for a total sentence of 156 months. The court order also imposed a term of 3 years of supervised release on both counts.

8. On or about November 8, 2023, the 924(c) count was dismissed pursuant to the Supreme Court's decision in *United States v. Taylor*, 596 U.S. 845 (2022), which held Attempted Hobbs Robbery does not qualify as a crime of violence as required for a conviction under Section 924(c). Hunt was resentenced on the Attempted Hobbs Act Robbery to 83 months imprisonment to be followed by 3 years of supervised release.

9. On or about December 11, 2024, after serving time at a secure BOP facility, HUNT was transferred and permitted to serve the remainder of his prison sentence at the Parsons Halfway House Residential Reentry Center (RRC) located in Milwaukee, Wisconsin. HUNT was scheduled to be released from Parsons Halfway House on December 3, 2025.

10. On April 22, 2025, DUSM Grams of the United States Marshals Service, Eastern District of Wisconsin - Milwaukee Office received a Notification of Escaped Federal Prisoner (BP-A0393) issued by the Federal Bureau of Prisons Residential Reentry Management Office - Downers Grove, Illinois for HUNT.

11. On April 22, 2025, this affiant contacted Parsons Halfway House to ensure that HUNT was still on escape status and had not returned to the Halfway House. It was confirmed that HUNT was still considered a Federal Bureau of Prisons escapee on the BOP inmate locator, which reflects his escape on 4/21/2025.

12. This affidavit is intended to show merely that there is sufficient probable cause for the requested criminal complaint and arrest warrant, which does not set forth all the details of this investigation.

## **CONCLUSION**

13. Based on the foregoing facts and my training and experience, I respectfully submit that probable cause exists to issue a criminal complaint and arrest warrant for Alexander HUNT (DOB: 07/08/1991) for a violation of 18 U.S.C. § 751(a), escape from custody.